IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF ) | |
| JEFFREY W. BURZAWA, ) | |
| ATTORNEY REGISTRATION ) | |
| NUMBER 41558, A MEMBER ) | Misc. No. 2:20-mc-1675 |
| OF THE BAR OF THE UNITED STATES ) | **FILED** |
| DISTRICT COURT FOR THE WESTERN ) | |
| DISTRICT OF PENNSYLVANIA ) | 1/6/2021 |

**ORDER**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

WHEREAS this Court has been advised that Jeffrey W. Burzawa was immediately transferred to inactive status, from the Bar of the Commonwealth of Pennsylvania, by order of the Supreme Court of Pennsylvania dated October 28, 2020, for an indefinite period and until further order of the court, entered in Disciplinary Proceeding Number 15 DB 2020;

NOW THEREFORE IT IS HEREBY ORDERED that a Rule to Show Cause is issued to Jeffrey W. Burzawa to show good cause why a reciprocal order of transfer to inactive status for an indefinite period and until further Order of the Court should not be entered by the United States District Court for the Western District of Pennsylvania, returnable within thirty (30) days from the date of this order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to give notice of the entry of this order to Jeffrey W. Burzawa via certified mail sent to the mailing address that he maintains with the Clerk of Court. Because this address is different from the address on record with the Pennsylvania Disciplinary Board, the Clerk of Court shall also send notice of the entry of this order to Jeffrey W. Burzawa via first-class mail at that mailing address.

Date: January 5, 2021             s/ Mark R. Hornak
                                  Mark R. Hornak
                                  Chief United States District Judge

